Use the Tab key to move from field to field on this form.
Case 1:06-cv-01369-RJL    Document 2    Filed 08/01/2006    Page 1 of 1

CO-386-online
10/03

# United States District Court
# For the District of Columbia

GREAT SOCIALIST PEOPLE'S )
LIBYAN ARAB JAMAHIRIYA )
)
)
　　　　vs　　　Plaintiff )　Civil Action No.___
)
DISTRICT OF COLUMBIA WATER )
AND SEWER AUTHORITY )
)
)
　　　　　　　Defendan )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for _PLAINTIFF GREAT SOCIALIST_ _People's Libyan Arab Jamahiriya_ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of _NONE_ which have

any outstanding securities in the hands of the public:

_NONE_

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_J.P.Syl_
Signature

462146
BAR IDENTIFICATION NO.

J.P. SZYMKOWICZ
Print Name

1220 19TH STREET NW STE 400
Address

WASHINGTON　　DC　　20036-2438
City　　　　　　State　　　　Zip Code

202 862-8500
Phone Number