IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| GREAT SOCIALIST PEOPLE'S <br> LIBYAN ARAB JAMAHIRIYA <br> 2600 Virginia Avenue, N.W., Suite 705 <br> Washington, DC  20037-1925 <br><br>                 Plaintiff, <br><br> vs. <br><br> DISTRICT OF COLUMBIA <br> WATER AND SEWER AUTHORITY <br> 5000 Overlook Avenue, S.W. <br> Washington, DC  20032 <br><br>   Serve: <br><br>       Jerry N. Johnson <br>       General Manager <br>       5000 Overlook Avenue, S.W. <br>       Washington, DC  20032 <br><br>                 Defendant. | <br><br><br><br><br><br><br><br><br><br><br>Case Number: _____ |

**PLAINTIFF LIBYAN GOVERNMENT'S MOTION FOR PERMISSION
TO PLACE DISPUTED FUNDS IN COURT REGISTRY**

Plaintiff Great Socialist People's Libyan Arab Jamahiriya [hereinafter "Libyan Government"], by and through its attorneys, J.P. Szymkowicz, John T. Szymkowicz and the Law Firm of Szymkowicz & Szymkowicz, LLP, respectfully requests that this Honorable Court grant the instant motion for permission to place $27,710.46  in the Court Registry pursuant to Local Civil Rule 67.1.  This $27,710.46 represents the entire amount that Defendant District of Columbia Water and Sewer Authority [hereinafter "WASA"] claims that Plaintiff Great Socialist People's Libyan Arab Jamahiriya owes for water and sewage service at property owned by the Libyan Government at 2201 Wyoming Avenue, N.W., Washington, DC.  Concurrently with the filing of the instant motion, the Libyan

Government has filed a complaint that disputes Defendant WASA's claim that it owes any money for unpaid water and sewage service. The Libyan Government seeks to place this $27,710.46 in the Court Registry pending final resolution of this matter in order for Defendant WASA to reinstate water and sewage service at the Wyoming Avenue property as soon as possible.

        Respectfully submitted,

        /s/_____
        J.P. Szymkowicz (#462146)
        John T. Szymkowicz (#946079)
        SZYMKOWICZ & SZYMKOWICZ, LLP
        1220 19th Street, N.W., Suite 400
        Washington, DC  20036-2438
        (202) 862-8500 (voice)
        (202) 862-9825 (fax)

        Attorney for Plaintiff Great Socialist People's Libyan Arab Jamahiriya

**Certificate of Service**

I hereby certify that, in addition to being served upon Defendant WASA's designated agent, Linda Manley, via personal service, a pdf copy of the foregoing motion was emailed on August 1, 2006 to Defendant District of Columbia Water and Sewer Authority's counsel, Meena Gowda, Esquire, who has an office in WASA's headquarters located at 5000 Overlook Avenue, S.W., Washington, DC  20032. Ms. Gowda's email address is mgowda@dcwasa.com. Ms. Gowda's direct telephone number is (202) 787-2628. In addition, I alerted Ms. Gowda via telephone on August 1, 2006 that I emailed this motion to her.

        /s/_____
        J.P. Szymkowicz (#462146)

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case Number: _____ ) |
| DISTRICT OF COLUMBIA WATER AND SEWER AUTHORITY | ) ) ) ) |
| Defendant. | ) |

**ORDER GRANTING PLAINTIFF LIBYAN GOVERNMENT'S**
**MOTION FOR PERMISSION TO PLACE DISPUTED FUNDS IN COURT REGISTRY**

Upon consideration of Plaintiff Great Socialist People's Libyan Arab Jamahiriya motion for permission to place $27,710.46 in the Court Registry pursuant to Local Civil Rule 67.1 and any response thereto, it is hereby ordered that such motion is GRANTED. It is further ordered that the Clerk of this Honorable Court accept the sum of $27,710.46 from the Libyan Government and deposit these funds into the Court Registry pending final resolution of the Libyan Government's claims at trial.

_____                              _____
Date                                         JUDGE
                                             United States District Court
                                             for the District of Columbia

cc:
J.P. Szymkowicz (#462146)                   Meena Gowda, Esquire
SZYMKOWICZ & SZYMKOWICZ, LLP                 5000 Overlook Avenue, S.W.
1220 19th Street, N.W., Suite 400            Washington, DC  20032
Washington, DC  20036-2438                   (202) 787-2628 (voice)
(202) 862-8500 (voice)                       (202) 787-2254 (fax)
(202) 862-9825 (fax)                         mgowda@dcwasa.com
jp@szymkowicz.com

Attorney for Plaintiff Great Socialist People's     Attorney for Defendant WASA
Libyan Arab Jamahiriya