IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA </br></br> Plaintiff, </br></br> vs. </br></br> DISTRICT OF COLUMBIA WATER AND SEWER AUTHORITY </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) Case Number: <u>06-CV-01369</u> </br> ) </br> ) </br> ) </br> ) </br> ) |

## DISMISSAL WITH PREJUDICE

Purusant to F. R. Civ. P. 41 (a) (1), Plaintiff Great Socialist People's Libyan Arab Jamahiriya, by and through its attorneys, J.P. Szymkowicz, John T. Szymkowicz and the Law Firm of Szymkowicz & Szymkowicz, LLP, and Defendant District of Columbia Water and Sewer Authority, by and through its attorney, Meena Gowda, Esquire, respectfully filed this Dismissal of the above-mentioned matter. This Dismissal memorializes the full and final settlement of any and all of the parties' claims against each other, and is with prejudice. This Dismissal also recognizes Defendant District of Columbia Water and Sewer Authority's agreement to restore water and sewer service at the property at issue - 2201 Wyoming Avenue, N.W.

Respectfully submitted,

_____
J.P. Szymkowicz (#462146)
SZYMKOWICZ & SZYMKOWICZ, LLP
1220 19th Street, N.W., Suite 400
Washington, DC 20036-2438
(202) 862-8500 (voice)

Attorney for Plaintiff Great Socialist People's
Libyan Arab Jamahiriya

_____
Meena Gowda, Esquire # 416561
5000 Overlook Avenue, S.W.
Washington, DC 20032
(202) 787-2628 (voice)

Attorney for District of Columbia
Water and Sewer Authority